UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEVEN MATZURA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

AURALEX ACOUSTICS, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-3557

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), STEVEN MATZURA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AURALEX ACOUSTICS, INC., with prejudice and without fees and costs.

Dated:  New York, New York
         August 14, 2023

                              **GOTTLIEB & ASSOCIATES**

                              _/s/Michael A. LaBollita, Esq._

                              Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                              New York, NY 10003
                              Phone: (212) 228-9795
                              Fax: (212) 982-6284
                              Michael@Gottlieb.legal

                              *Attorneys for Plaintiffs*

SO ORDERED:

*[signature: Jennifer Rochon]*
United States District Court Judge
Dated:  August 16, 2023
        New York, New York